IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

TIMOTHY EARL SCHNEIDER,          )
                                 )
          Plaintiff,             )
                                 )   Civil No. 09-6177-TC
     v.                          )
                                 )   ORDER
COMMISSIONER, SOCIAL SECURITY    )
ADMINISTRATION,                  )
                                 )
          Defendant.             )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 11, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute and failure to comply with a court order.

DATED this 31st day of March, 2010.

s/ Michael R. Hogan
United States District Judge

2   - ORDER